ELSIE S. FULLERTON, Appellant, *v.* CITY OF SCHENECTADY, Respondent. WALTER A. FULLERTON, JR., Appellant, *v.* CITY OF SCHENECTADY, Respondent.

Submitted May 23, 1955; decided May 24, 1955.

*Charles Ward Brown, Corporation Counsel,* for motion.
*Walter A. Fullerton* opposed.

Motion denied and case set down for argument during the third week of the present session.